

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE REGULAR GRAND JURY THE  January 7, 2015   TERM 15-1. | **MINUTES OF COURT**<br><br>DATE: July 27, 2016,<br>          at 1:00 - 1:02 p.m. |

PRESENT:  The Honorable          GEORGE FOLEY, JR.          , United States Magistrate Judge

DEPUTY CLERK:  Alana Kamaka                             REPORTER:   Bonnie Terry

ASSISTANT UNITED STATES ATTORNEY:  Kathryn Newman       COURTROOM:   3A

PROCEEDINGS:

Roll call of the Regular Grand Jury is taken with **18** members present which constitutes a quorum. The forewoman of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed.  There are **-1-** sealed indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants and Summons issue where indicated.

| | | |
|---|---|---|
| **2:16-cr-228** | **SEALED (2-DEFENDANTS)** | **2-SUMMONS** |
| **2:16-cr-229** | **FRANCISCO FELIPE-REYES** | **WARRANT** |
| **2:16-cr-230** | **DEVIN THOMPSON** | **LOCAL FEDERAL CUSTODY** |
| 2:16-mj-487-VCF | | |
| 2:16-mj-493-VCF | **WALTER LEWIS** | **SUMMONS** |
| 2:16-mj-487-VCF | **VAGE KARAPETYAN** | **SUMMONS** |
| 2:16-mj-489-VCF | **TAJ THOMPSON** | **SUMMONS** |
| 2:16-mj-489-VCF | **DONTE MCFRAZIER** | **SUMMONS** |
| 2:16-mj-537-CWH | **MICHELLE NAVAGE** | **SUMMONS** |
| **2:16-cr-231** | **JAY YANG** | **LOCAL FEDERAL CUSTODY** |
| 2:16-mj-315-CWH | | |

**IT IS ORDERED** that the Initial Appearance and Arraignment and Plea as to **2:16-cr-228,** will be held on Thursday, August 4, 2016, at 3:00 p.m., in Courtroom 3B, before Magistrate Judge Peggy A. Leen.

**IT IS FURTHER ORDERED** the Arraignment and Plea as to **2:16-cr-230 (All 6-Defendants); and 2:16-231,** will be held on Wednesday, August 3, 2016, at 3:00 p.m., in Courtroom 3B, before Magistrate Judge Peggy A. Leen.

The Arraignment and Plea as to the remaining defendant will be held at the time of the Initial Appearance.

LANCE S. WILSON, Clerk
United States District Court

By  /s/ Alana Kamaka
         Deputy Clerk