**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00228-JAD-GWF |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| JEFFREY WHITTLE, | |
| Defendant. | |

The Court has reviewed the United States' *Ex Parte* Motion for Judgment Debtor Examination, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Jeffrey Whittle shall appear before the undersigned United States Magistrate Judge in Courtroom __3A__, Lloyd D. George Federal Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, on the __30th__ day of __March__, 2017 at __9:30__ a.m., to then and there answer upon oath concerning Defendant's property and for such other proceedings as there may occur consistent with proceeding supplementary to execution.

**IT IS FURTHER ORDERED** that Defendant shall bring the following to the hearing:

1. Three most recent federal income tax returns with their attachments;
2. Copies of all personal and business financial statements concerning checking, saving, or investment accounts for the past 2 years for both Defendant and Defendant's spouse;
3. Copies of all documents concerning retirement accounts for the past 2 years, including but not limited to, Pension accounts, Individual Retirement Accounts (IRA), 401K accounts, and/or deferred compensation accounts for both Defendant and Defendant's

1

spouse.

4. A copy of the title to all vehicles, motorcycles, boats, aircraft, and/or real property held by Defendant, Defendant's spouse, or any Trust or other legal entity in which Defendant or Defendant's spouse have any interest;

5. Copies of all documents relating to the sale, conveyance, or transfer of any property, real or personal, valued in excess of $5,000.00 for both Defendant, Defendant's spouse, and any Trust or other legal entity in which Defendant or Defendant's spouse have any interest for the last 2 years;

6. A copy of all Trust Documents for all Trusts in which Defendant or Defendant's spouse is either a Trustee and/or a Beneficiary;

7. A copy of all income paystubs for Defendant and Defendant's spouse for the last 2 years.

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon Defendant at least __14__ calendar days before the hearing.

**IT IS FURTHER ORDERED** that failure to appear or otherwise comply with the requirements of this Order may subject Defendant to sanctions, including, but not included to, punishment for contempt of court.

Dated this __28th__ day of __February__ 2017.

_George Foley Jr._
George W. Foley
United States Magistrate Judge