DANIEL G. BOGDEN
United States Attorney
District of Nevada
MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *Mark.Woolf@usdoj.gov*
*Attorneys for the United States of America.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFREY WHITTLE, ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:16-cr-00228-JAD-GWF <br><br> **UNOPPOSED MOTION TO VACATE JUDGMENT DEBTOR EXAMINATION** |

The United States of America files this unopposed motion to vacate the judgment debtor examination of Defendant Jeffrey Whittle currently scheduled for March 30, 2017, because the full restitution amount imposed as part of the judgment against Defendant Whittle has been paid. Counsel for Defendant Whittle has indicated his non-opposition to this motion.

Dated this 8th day of March, 2017.

DANIEL G. BOGDEN
United States Attorney

*/s/ Mark E. Woolf*
MARK E. WOOLF
Assistant United States Attorney

**IT IS SO ORDERED:**

GEORGE W. FOLEY
United States Magistrate Judge

Dated: ___3/09/2017___

1